80,357-04

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE                                      §
                                           §        USDC NO. H-14-03138
BRIAN DORSEY                               §

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 07 2015

Abel Acosta, Clerk

PETITION FOR WRIT OF MANDAMUS
AND JUDICIAL NOTICE

TO THE HONORABLE COURT:

Comes Now, Brian Dorsey # 780821, Pro Se, located on the Smith Unit in Lamesa, Texas, who fully asserts that I have been going back and forth between Harris County District Clerk's Office and the Texas Criminal Court of Appeals for the last three(3) years with my 11.07 writ of habeas corpus and numerous mandamus's regarding my loss of street time credits, to no avail. I have not received any answer that would allow me to be able to appeal to the United States District Court.

On 10/30 , 2014, I sent my 28 U.S.C. § 2254 to the U.S. District Court asking them to intervene. On 11/14 , 2014, the federal court stated that I had not properly exhausted my remedies and I had to go through the process until I get a legitimate answer. See Docket No. H-14-03138

On 2-20- , 2015, the Texas Court of Criminal Appeals denied my 11.07 without notice, saying that it is a juvenile matter. See Writ No. WR-357-80-5. On 2015, I sent my 11.07 with brief by Certified Mail, No. 7008-1140-0004-9224-7336 to the Juvenile Court Coordinator Michael Milliard, and to no avail did I receive an answer of any kind.

Again on 4-15- , 2015 I sent a mandamus to both the Texas Criminal Court of Appeals and Juvenile Court Coordinator and to this date, I have not received any answer to mandamus or 11.07 writ of habeas corpus application.

Now I ask the federal court to intervene because I am at a stalemate and all of the remedies that are available to me are ignoring my habeas corpus and mandamus applications. How can I even go through to the federal courts if I cannot get a respectable answer from the State Courts? I am asking this Court for permission to either step in and order an answer from either the Juvenile Court I was convicted in or from the Court of Criminal Appeals, or, step in as a friend of the court, Amicus Curiae, in the following cases Martinez, Ruiz And Devorish Supra

I am currently being held by TDCJ in these illegal restraints, but how can I

exhaust my remedies and move accordingly to the proper chain of the legal system if I cannot get a tenable answer in the first options available to me.

Dated: May 4, 2015

Respectfully Submitted,

Brian Dorsey
Petitioner Pro Se
TDCJ-ID # 720621
Smith Unit
1313 CR 19
Lamesa, TX 79331

I, Brian Dorsey, declare under penalty of perjury that the foregoing is true and correct, and further certify that a true and correct copy has been forwarded to

by depositing in the Smith Unit/TDCJ Prison Mail System on this the 4 day of May, 2015.

Brian Dorsey
TDCJ-Id # 720621
Lawson County, Texas
Petitioner Pro Se

Legal Authorities
Ruiz - 503 f. supp 1307
Martinez - 4443 f2d 211/4134 f2d 625
Devalish - 510 f supp 058